```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11   RALPH COLEMAN, et al.,
12          Plaintiffs,
13             v.                    CIV. NO. S-90-520 LKK/DAD
     EDMUND G. BROWN, JR., et al.,
14
            Defendants.
15   _____/
16   JERMAINE PADILLA,
17          Plaintiff,
18             v.                    CIV. NO. S-14-1118 LKK/CKD
19   JEFFREY BEARD, et al.,          NON-RELATED CASE ORDER
20          Defendants.
     _____/
21
```

22      The court has received the Notice of Related Case concerning
23 the above-captioned cases filed May 6, 2014 (ECF No. 3).  See Local
24 Rule 123.  The court has, however, determined that it is
25 inappropriate to relate and reassign Case No. 2:14-cv-1118 LKK CKD
26 to Case No. 2:90-cv-520 LKK DAD, and it therefore declines to do

1  so.
2      The initial scheduling conference set for August 4, 2014 in
3  Case No. 2:14-cv-1118 at 10:30 a.m. before the undersigned is
4  confirmed.
5      IT IS SO ORDERED.
6      DATED:  June 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2