UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE PADILLA, | No. 2:14-cv-1118 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Defendant. | |

This matter came on for an informal discovery conference regarding defendant Beard's motion for protective order. Lori Rifkin appeared telephonically for plaintiff. Diana Esquivel appeared telephonically for defendants. Upon review of the joint letter brief, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

The motion for protective order (ECF No. 51) is denied. Defendant Beard shall submit to a deposition no later than October 20, 2015, absent stipulation of the parties to a later date. The court declines to limit the scope or duration of the deposition but reminds the parties that the court is available by telephone to resolve disputes arising during the deposition.

Dated: October 19, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 padilla1118.oah