1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERMAINE PADILLA,                        No.  2:14-cv-1118 KJM CKD

12                   Plaintiff,

13         v.                                  ORDER

14   JEFFREY BEARD,

15                   Defendant.

16

17         Plaintiff has noticed a motion to compel regarding the deposition of defendant Beard and

18   production of a document defendant previously agreed to produce.  By order filed October 19,

19   2015, defendant was ordered to submit to a deposition no later than October 20, 2015, absent

20   stipulation of the parties.  The court regards defendant's refusal to submit to a deposition at the

21   time agreed to by the parties as a possible contempt of court.  Because the date for disclosure of

22   expert witnesses is imminent and the discovery sought here may be relevant to the experts'

23   analysis, the court will set an expedited briefing for this matter and submit it on the papers.

24         Accordingly, IT IS HEREBY ORDERED that:

25         1.  The hearing date of November 25, 2015 on plaintiff's motion to compel is vacated.

26   /////

27   /////

28   /////

2.  The parties shall submit no later than November 10, 2015, a joint letter brief, limited to five pages, regarding the issues raised in the motion to compel.  The matter shall thereafter stand submitted.

Dated:  November 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 padilla1118.fts