LORI RIFKIN – 244081
RIFKIN LAW OFFICE
P.O Box 19169
Oakland, California 94169
Telephone:    (415) 685-3591
Facsimile:     (510) 255-6266
Email: lrifkin@rifkinlawoffice.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Jermaine Padilla,<br><br>    Plaintiff,<br><br>    v.<br><br>Jeffrey Beard, in his individual capacity and official capacity as Secretary for the California Dept. of Corrections and Rehabilitation, Michael Stainer, in his individual capacity and official capacity as Director of Adult Institutions for California Dept. of Corrections and Rehabilitation, Connie Gipson, in her individual capacity, Dave Davies, in his official capacity as Acting Warden of California State Prison Corcoran, Ernest Wagner, M.D., in his individual capacity, M. Godina, M. Drew, R. Pruneda, R. Martinez, J. Acevedo, C. Garcia, E. Silva, and Does 1-10, in their individual capacities,<br><br>    Defendants. | Case No. 2:14-cv-01118-KJM-CKD<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO TERMINATE DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(d)(3)(A)**<br><br>Judge: Hon. Carolyn K. Delaney<br>Date: December 16, 2015<br>Time: 10:00 a.m.<br>Courtroom: 24 (8th Floor) |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 16, 2015, at 10:00 a.m. in Courtroom 24 of the above-entitled court, or as soon thereafter as the matter may be heard, Plaintiff Jermaine Padilla, through his counsel of record, will and hereby does move pursuant to Federal Rule of Civil Procedure 30(d)(3)(A) and Eastern District Local Rule 251 to

1 terminate the deposition of Plaintiff by Deputy Attorney General Diana Esquivel,
2 Defendants' counsel in this matter, on the grounds that it is being conducted in bad faith or
3 in a manner that unreasonably annoys, embarrasses, or oppresses Plaintiff.  Plaintiff's
4 deposition was begun on October 9, 2015, and conducted over approximately four-and-a-
5 half hours, when it was suspended based on Plaintiff's request for accommodation of his
6 disability.  Plaintiff was unable to continue to provide his best testimony after
7 unreasonable and abusive questioning by Defendants' counsel in a manner that
8 intimidated, embarrassed, and/or oppressed Plaintiff.  Because such questioning is
9 prohibited under the Federal Rules of Civil Procedure, Plaintiff moves for termination of
10 his further deposition.  Counsel for the parties have met and conferred and are unable to
11 resolve their differences regarding this dispute.
12    This motion is based on this Notice of Motion and Motion, the Joint Statement re
13 Discovery Disagreement to be filed at least seven days before the scheduled hearing date,
14 any declaration filed in support of this motion, the pleadings and orders on file in this
15 action, and oral argument or evidence permitted at any hearings on this motion.

17 DATED: November 19, 2015          Respectfully submitted,

18                                   RIFKIN LAW OFFICE

20                                   By:  */s/ Lori Rifkin*
21                                        Lori Rifkin

22                                   Attorney for Plaintiff