UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE PADILLA, | No. 2:14-cv-1118 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion for sanctions. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

Plaintiff seeks sanctions against defendant Beard and his counsel for improper conduct during discovery and litigation of discovery matters. Plaintiff contends defendant responded to interrogatories in a knowingly or recklessly false and/or misleading manner and that blatant misinformation was used in filings by defendant seeking to bar defendant's deposition. The court has thoroughly reviewed plaintiff's and defendant's submissions in connection with the motion, reviewed the litigation history of this case, and reviewed defendant's interrogatory responses, amendments thereto, and the transcript of defendant Beard's deposition. The court finds no basis for imposition of sanctions.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (ECF No. 93) is denied, and the hearing set for January 20, 2016, is VACATED.

Dated: January 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 padilla1118.sanc.subm