1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERMAINE PADILLA,                          No. 2:14-cv-1118-KJM-CKD

12                       Plaintiff,

13           v.                                   ORDER

14    JEFFREY BEARD, et al.,

15                       Defendants.

16

17           On April 22, 2016, an informal telephonic conference was held in this matter before the

18    undersigned to address plaintiff's request to discuss potential alternative arrangements to having

19    plaintiff and his counsel appear at the May 2, 2016 settlement conference in person.  Attorney

20    Lori Rifkin appeared telephonically on behalf of plaintiff.  Attorney Diana Esquivel appeared

21    telephonically on behalf of defendants.

22           As of this time, both plaintiff and his counsel are directed to appear at the May 2, 2016

23    settlement conference in person.  Nevertheless, as discussed during the telephonic conference, the

24    undersigned is willing to reconsider this order with respect to *plaintiff's personal appearance* but

25    only upon a showing by plaintiff that it is the professional opinion of his mental healthcare

26    physicians that his travel to and in-person attendance at the settlement conference will very likely

27    ////

28    ////

                                                   1

1    cause him to suffer significant mental stress[1] that could only be avoided by his attendance via

2    remote means.[2]

3            IT IS SO ORDERED.

4    Dated:  April 22, 2016

5

6                                                    KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    _____

25    [1] Significant mental stress means that plaintiff will suffer a near-catastrophic impediment to the
      stabilization of his mental health.

26
      [2] While no hard deadline is imposed for such a showing, the undersigned cautions plaintiff's
27    counsel that she should be prepared to have both plaintiff and herself attend the settlement
      conference in person and should file a request for plaintiff's attendance via videoconference
28    making the requisite showing as soon as is reasonably possible.

2