UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE PADILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:14-cv-1118-KJM-CKD<br><br><br><br>ORDER |

On April 22, 2016, the undersigned issued an order noting the court's willingness to allow plaintiff to appear via videoconference at the May 2, 2016 settlement conference scheduled in this action "upon a showing by plaintiff that it is the professional opinion of his mental healthcare physicians that his travel to and in-person attendance at the settlement conference will very likely cause him to suffer significant mental stress that could only be avoided by his attendance via remote means." (ECF No. 122.)  In response to this order, plaintiff submitted a letter written by one of his treating physicians regarding plaintiff's mental health status and the likely effects that plaintiff's in person attendance at the settlement conference will have on his treatment progress. Based upon the representations contained in that letter, the undersigned finds that plaintiff has shown good cause for his appearance at the settlement conference via videoconference.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may appear at the May 2, 2016 settlement conference before the undersigned via videoconference.
2. Counsel for plaintiff shall make appropriate arrangements to ensure that plaintiff is available via videoconference at the settlement conference's 9:00 a.m. start time for the duration of the settlement conference on May 2, 2016.
3. Plaintiff's counsel shall appear at the settlement conference in person.

IT IS SO ORDERED.

Dated:  April 26, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE