UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE PADILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1118 KJM CKD<br><br><br>ORDER |

　　　　　The court is in receipt of the parties' motions for summary judgment (ECF Nos. 128, 129). The motions are noticed for hearing on August 12, 2016, which is not an available law and motion date. Accordingly, the hearing on the motions is RESET for September 2, 2016 at 10:00 a.m. in Courtroom 3 before District Judge Kimberly J. Mueller, and the deadline to hear dispositive motions is extended to that date. Filing deadlines are reset as provided by Local Rule 230.

　　　　　On July 15, 2016, defendants filed an *ex-parte* application for a two-day extension to file their memorandum of points and authorities in support of their motion due to technical difficulties. ECF No. 130. Defendants filed the proposed memorandum on July 17, 2016. ECF No. 132. Plaintiff opposes the extension, arguing that he would be prejudiced by having two fewer days to prepare an opposition brief. ECF No. 134. He also argues the extension would

1

give defendants an unfair advantage, because they received plaintiff's moving papers before filing their own papers. *Id.*

In the interest of resolving the matter on the merits, and because there is no evidence of bad faith, the court GRANTS defendants' request for a two-day extension and deems the proposed memorandum (ECF No. 132) filed. In light of the continuance of the hearing until September 2, 2016, plaintiff will have ample time to prepare an opposition brief. To avoid any prejudice, the court permits either party to file an amended memorandum in support of summary judgment no later than August 5, 2016, twenty-eight days before the new hearing date.

IT IS SO ORDERED.

DATED: July 20, 2016

_____
UNITED STATES DISTRICT JUDGE