KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Acevedo, Baer, Beard, Castro, Davey, Drew, Garcia, Gipson, Godina, Holguin, Johnson, Kaiser, LaClaire, Martinez, Overley, Pruneda, Robicheaux, Silva, Sao, Solis, Stainer, and Wagner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JERMAINE PADILLA,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**JEFFREY BEARD, et al.,**<br><br>                                    Defendants. | No. 2:14-cv-1118 KJM-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS SAO, SILVA, AND SOLIS AND ORDER**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate to the voluntary dismissal with prejudice of Defendants Sao, Silva, and Solis.

/ / /

/ / /

/ / /

/ / /

1

Each party to bear his own costs, attorney's fees, and expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 14, 2016 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>CHRISTOPHER J. BECKER<br>Supervising Deputy Attorney General |
| | */s/ Diana Esquivel* |
| | DIANA ESQUIVEL<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: July 14, 2016 | RIFKIN LAW OFFICE |
| | */s/ Lori Rifkin* |
| | Lori Rifkin<br>*Attorneys for Plaintiff* |

SA2014313303
12345319.doc

### ORDER

As provided by the parties' stipulation, defendants Sao,[1] Silva, and Solis are dismissed with prejudice from this lawsuit under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Date:  July 21, 2016

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendants have represented that defendant Sao was erroneously sued as "Soa."  *See* Answer, ECF No. 39.  The court has corrected the docket accordingly.