Kamala D. Harris, State Bar No. 146672
Attorney General of California
Christopher J. Becker, State Bar No. 230529
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Acevedo, Baer, Beard, Castro, Davey, Drew, Garcia, Gipson, Godina, Holguin, Johnson, Kaiser, LaClaire, Martinez, Overley, Pruneda, Robicheaux, Silva, Sao, Solis, Stainer, and Wagner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JERMAINE PADILLA,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY BEARD, et al.,**<br><br>Defendants. | No. 2:14-cv-1118 KJM-CKD<br><br>**STIPULATED REQUEST TO FILE VIDEO OF PLAINTIFF'S EXTRACTION WITH THE COURT AND ORDER**<br>[L.R. 133(b)(3)] |

    The parties, by and through their attorneys of record, request, under Local Rule 133(b)(3), that they be permitted to file or lodge a copy, on compact disk, of Plaintiff's July 24, 2014 clinical intervention and extraction that are at issue in this lawsuit. The parties seek to introduce into evidence the recording of Plaintiff's intervention and extraction in connection with the motions for summary judgment and oppositions they intend to file.

    The recording is necessary to the determination whether Defendants' use of force was reasonable which will be at issue in the summary-judgment proceedings.

1

1  The recording of Plaintiff's intervention and extraction is almost thirty minutes long.  Since the recording cannot be converted to PDF format, counsel cannot file it along with the summary-judgment papers using the Court's CM/ECF system.  The recording has been converted to MP4 format, which can be played on most computers, in anticipation of emailing it to the Court.  However, the file is 888 megabytes (MB).  Most mail servers cannot accommodate files of this size. (The email server for the Office of the Attorney General for the State of California has a 25 MB limit on email attachments, and the Court's CM/ECF system has a 10 MB limit on files that can be submitted.)  Thus, the parties will not be able to email the recording to the Court.

The parties have no other means of submitting the recording of Plaintiff's intervention and extraction for the Court's consideration other than filing or lodging a compact disk with the recording.  The parties therefore request that the Court grant this stipulated request.

Dated:  July 14, 2016                                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 14, 2016                                  RIFKIN LAW OFFICE

*/s/ Lori Rifkin*

Lori Rifkin
*Attorneys for Plaintiff*

SA2014313303
12345344.doc

**ORDER**

Good cause appearing, the court GRANTS the parties' request to file or lodge a compact disk containing the recording of plaintiff's July 12, 2012 intervention and extraction with the Clerk of the Court as evidence in connection with the parties' motions for summary judgment.

IT IS SO ORDERED.

DATED: June 21, 2016

_____
UNITED STATES DISTRICT JUDGE