Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile:  (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        cmcloon@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Jermaine Padilla,<br><br>    Plaintiff,<br><br>  v.<br><br>Jeffrey Beard, in his individual capacity and official capacity as Secretary for the California Dept. of Corrections and Rehabilitation, Michael Stainer, in his individual capacity and official capacity as Director of Adult Institutions for California Dept. of Corrections and Rehabilitation, Connie Gipson, in her individual capacity, Dave Davey, in his official capacity as Acting Warden of California State Prison Corcoran, Ernest Wagner, M.D., in his individual capacity, J. Castro, M. Godina, M. Drew, R. Pruneda, R. Martinez, J. Acevedo, C. Garcia, E. Silva, P. Holguin, M.S. Robicheaux, J. Soa,  P. LaClaire, C. Solis, J. Kaiser, D. Overley, S. Johnson, and Anthony Baer, in their individual capacities,<br><br>    Defendants. | Case No.: 2:14-cv-01118-KJM-CKD<br><br>[Assigned to the Honorable Kimberly J. Mueller – Courtroom 3]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Complaint Filed:    May 6, 2014<br>Trial Date:             January 9, 2017 |

---

[PROP] ORDER GRANTING PLTFS' *EX PARTE* APPL
FOR APPOINTMENT OF GUARDIAN AD LITEM

# **[PROPOSED] ORDER**

Having considered Plaintiff's *Ex Parte* Application for Appointment of Cynthia Gonzalez as Guardian Ad Litem for Plaintiff Jermaine Padilla in this action, and all information on record in this action, the Court finds good cause to appoint a guardian ad litem for Plaintiff in this action. The Court finds that Cynthia Gonzalez is a suitable guardian ad litem for Plaintiff.

**THEREFORE, THE COURT ORDERS** that Cynthia Gonzalez is hereby appointed as the guardian ad litem for Plaintiff Jermaine Padilla for the present litigation.

**IT IS SO ORDERD.**

Dated:  January 27, 2017

_____
UNITED STATES DISTRICT JUDGE