Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         cmcloon@hadsellstormer.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| Jermaine Padilla,<br><br>  Plaintiff,<br><br> v.<br><br>Jeffrey Beard, et al.,<br><br>  Defendants. | Case No.: 2:14-cv-01118-KJM-CKD<br><br>[Assigned to the Honorable Kimberly J. Mueller–Courtroom 3]<br><br>**PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM**<br><br>DATE:    April 17, 2017<br>TIME:    9:00 a.m.<br>CRTRM:   3<br><br>Complaint Filed:  May 6, 2014<br>Trial Date:       April 17, 2017 |

**JURY VERDICT FORM**

We, the jury in the above entitled action, find as follows on the questions submitted to us:

1. Did any of the following Defendants use excessive force against Jermaine Padilla in violation of the Eighth Amendment to the Constitution of the United States of America?

    a. Stainer:     Yes _____     No _____
    b. Gipson:      Yes _____     No _____
    c. Castro:      Yes _____     No _____
    d. Godina:      Yes _____     No _____
    e. Drew:        Yes _____     No _____
    f. Wagner:      Yes _____     No _____
    g. Acevedo:     Yes _____     No _____
    h. Pruneda:     Yes _____     No _____
    i. Garcia:      Yes _____     No _____
    j. Martinez:    Yes _____     No _____

2. If you answered yes to any of the above questions, what amount, if any, are Jermaine Padilla's damages? _____

3. Were any of the following Defendants deliberately indifferent to Jermaine Padilla's serious mental health needs in violation of the Eighth Amendment to the Constitution of the United States of America?

    a. Stainer:     Yes _____     No _____
    b. Gipson:      Yes _____     No _____
    c. Johnson:     Yes _____     No _____
    d. Castro:      Yes _____     No _____
    e. Godina:      Yes _____     No _____
    f. Drew:        Yes _____     No _____

|   |   |   |   |   |
|---|---|---|---|---|
| g. | Robicheaux: | Yes _____ | No _____ |
| h. | Wagner: | Yes _____ | No _____ |
| i. | LaClaire: | Yes _____ | No _____ |
| j. | Kaiser: | Yes _____ | No _____ |
| k. | Acevedo: | Yes _____ | No _____ |
| l. | Pruneda: | Yes _____ | No _____ |
| m. | Garcia: | Yes _____ | No _____ |
| n. | Martinez: | Yes _____ | No _____ |

4. If you answered yes to any of the above questions, what amount, if any, are Jermaine Padilla's damages? _____

5. Did any of the following Defendants fail to protect Jermaine Padilla from harm in violation of the Eighth Amendment to the Constitution of the United States of America?

|   |   |   |   |
|---|---|---|---|
| a. | Stainer: | Yes _____ | No _____ |
| b. | Gipson: | Yes _____ | No _____ |
| c. | Castro: | Yes _____ | No _____ |
| d. | Godina: | Yes _____ | No _____ |
| e. | Drew: | Yes _____ | No _____ |
| f. | Wagner: | Yes _____ | No _____ |
| g. | LaClaire: | Yes _____ | No _____ |
| h. | Kaiser: | Yes _____ | No _____ |
| i. | Pruneda: | Yes _____ | No _____ |
| j. | Garcia: | Yes _____ | No _____ |
| k. | Martinez: | Yes _____ | No _____ |
| l. | Acevedo: | Yes _____ | No _____ |
| m. | Holguin: | Yes _____ | No _____ |

///

6. If you answered yes to any of the above questions, what amount, if any, are Jermaine Padilla's damages? _____

7. Did Defendant Stainer, in his official capacity discriminate or cause discrimination against Jermaine Padilla on the basis of his disability?

   Yes \_\_\_\_\_     No \_\_\_\_\_

8. If you answered yes to the above question, what amount, if any, are Jermaine Padilla's damages? _____

9. Did any of the following Defendants act with malice, oppression, or fraud?
   a. Stainer:     Yes \_\_\_\_\_     No \_\_\_\_\_
   b. Gipson:     Yes \_\_\_\_\_     No \_\_\_\_\_
   c. Johnson:    Yes \_\_\_\_\_     No \_\_\_\_\_
   d. Castro:     Yes \_\_\_\_\_     No \_\_\_\_\_
   e. Godina:     Yes \_\_\_\_\_     No \_\_\_\_\_
   f. Drew:       Yes \_\_\_\_\_     No \_\_\_\_\_
   g. Robicheaux: Yes \_\_\_\_\_     No \_\_\_\_\_
   h. Wagner:     Yes \_\_\_\_\_     No \_\_\_\_\_
   i. LaClaire:   Yes \_\_\_\_\_     No \_\_\_\_\_
   j. Kaiser:     Yes \_\_\_\_\_     No \_\_\_\_\_
   k. Acevedo:    Yes \_\_\_\_\_     No \_\_\_\_\_
   l. Pruneda:    Yes \_\_\_\_\_     No \_\_\_\_\_
   m. Garcia:     Yes \_\_\_\_\_     No \_\_\_\_\_
   n. Martinez:   Yes \_\_\_\_\_     No \_\_\_\_\_
   o. Holguin:    Yes \_\_\_\_\_     No \_\_\_\_\_

///

///

After you have reached a verdict, please sign and date this form.

Dated: _____        _____
                                                                    Foreperson