Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        cmcloon@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Jermaine Padilla,<br><br>       Plaintiff,<br><br>  v.<br><br>Jeffrey Beard, et al.,<br><br>       Defendants. | Case No.: 2:14-cv-01118-KJM-CKD<br><br>[Assigned to the Honorable Kimberly J. Mueller–Courtroom 3]<br><br>**PLAINTIFF'S [PROPOSED] JUDGE VOIR DIRE**<br><br>DATE:    April 17, 2017<br>TIME:    9:00 a.m.<br>CRTRM:  3<br><br>Complaint Filed:    May 6, 2014<br>Trial Date:    April 17, 2017 |

**Proposed Judge Voir Dire**

1. Name.

2. City or town where you live.

3. Where were you born?

   - [If applicable]: When did you come to the U.S.? Under what circumstances? (At what age? What type of visa?)

4. Occupation and employer.

   - For how long?

5. Do you have supervisory responsibility on your job?
   (Or: Have you had supervisory responsibilities in the past?)

   - Did you have responsibility for recruiting, screening, hiring, firing and/or for promoting people?

6. What is the last level of education you completed?

7. What is your marital status?

   - Occupation and employer of spouse?

8. If you have children, tell us how many and occupations of adult children.

9. Have you or anyone close to you ever had any training, courses or work experience in any of the following:

   Human Resources
   Accounting/Bookkeeping
   Law
   Psychology/Psychiatry/Mental Health
   Criminal Justice

10. Do you know any lawyers or judges?

11. Have you ever been on a jury before? Civil or criminal? When? Was a verdict reached? Did you serve as foreperson/presiding juror?

12. Have you or anyone close to you ever been involved in a lawsuit either as a plaintiff or a defendant?

13. Have you ever felt you had reason to sue, but didn't?

   - Why didn't you?

14. Do you know any of the parties or witnesses involved in this case?

15. Do you have any personal knowledge about the facts of this case?

16. Is there any reason why you feel you should not serve as a juror in this type of case?

18. Have you, or any close friends or relatives ever been employed by or otherwise affiliated with a law enforcement agency?  (This includes police, sheriff, FBI, Highway Patrol, Drug Enforcement Administration, District Attorney, state prisons or county jails, Attorney General, United States Attorney General, United States Attorney, Immigration and Naturalization Services, etc.)

19. Have you or anyone close to you worked for any other federal, state or local governmental agency?

20. Have you ever had regular contact with anyone in any law enforcement agency through your work, in your neighborhood, or in your social life?

21. Have you ever considered working in law enforcement?

22. Have you had any training, courses, or work experience in law enforcement, criminal justice, administration of justice, or law?

23. Would you be more willing to believe the testimony of a law enforcement officer than another witness who is not a law enforcement officer?

24. Do you believe that mental illness can be overcome if you try hard enough?

25. Do you believe that a person having a mental health crisis should not complain about the treatment they receive during their mental health crisis?

Dated: April 6, 2017                                Respectfully Submitted,

                                                    HADSELL STORMER & RENICK LLP

                                                    By:   /s/ - Dan Stormer
                                                          Dan Stormer
                                                          Lori Rifkin
                                                          Caitlan McLoon
                                                          Attorneys for Plaintiff