Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        cmcloon@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Jermaine Padilla,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jeffrey Beard, et al.,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01118-KJM-CKD<br><br>[Assigned to the Honorable Kimberly J. Mueller–Courtroom 3]<br><br>**PLAINTIFF'S [PROPOSED] JURY QUESTIONNAIRE**<br><br>DATE:　　April 17, 2017<br>TIME:　　9:00 a.m.<br>CRTRM:　3<br><br>Complaint Filed:　　May 6, 2014<br>Trial Date:　　　　 April 17, 2017 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached please find Plaintiff's [Proposed] Jury Questionnaire for trial.

Dated: April 6, 2017                    Respectfully Submitted,

                                      HADSELL STORMER & RENICK LLP

                                      By:   /s/ - Dan Stormer
                                                Dan Stormer
                                                Lori Rifkin
                                                Caitlan McLoon
                                                Attorneys for Plaintiff

**JURY QUESTIONNAIRE**

Please fill out completely in black ink.  Since we need to make copies, **do not** write on the back of any page.  If you need more room, continue at the bottom or side of the page, or on the last page (noting question number).

JUROR'S NAME (Please Print): _____

This case involves issues around the treatment of someone who was having a mental health crisis.  Have you or anyone close to you ever experienced a serious emotional or mental breakdown or disability?

Yes___   No___

1. Are you comfortable talking about this in open court?  If your answer is no, the Court may discuss it with you privately.

Yes___   No___

   a. Who was it that had this crisis?

   b. What was her/his relationship to you?

   c. When did this take place?

d. Where did this take place?

_____

_____

_____

e. What was the nature of the crisis?

_____

_____

_____

f. How it was handled?

_____

_____

_____

g. Were you satisfied with the outcome?

_____

_____

_____

_____
Signature of Juror