**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

```
JERMAINE PADILLA,                No. 2:14-cv-01118-KJM-CKD

        Plaintiff,

    v.                           MINUTES

JEFFREY BEARD, et al.,           Date: April 18, 2017
                                 Deputy Clerk: C. Schultz
        Defendants.              Court Reporter: Kimberly Bennett
_____/
```

**Counsel for Plaintiff:**
Lori Rifkin,
Daniel Stormer, and
Caitlan McLoon

**Counsel for Defendants:**
Diana Esquivel

**JURY TRIAL (Day 2):**

- 8:40 a.m.   Attorneys present as identified above.  Plaintiff's guardian ad litem, Cynthia Gonzalez, present.  Defendants present, except Dr. Wagner.  Outside the presence of the jury, the court and counsel discussed preliminary jury instructions and housekeeping matters.

- 9:05 a.m.   Jury present.  The court gave preliminary instructions to the jury.

- 9:25 a.m.   Ms. Rifkin presented plaintiff's opening statements.

- 10:00 a.m.  Ms. Esquivel presented defendants' opening statements.

- 10:45 a.m.  Jury admonished and excused for a morning break.  Outside the presence of the jury, the court and counsel discussed Defendants' Exhibit K and other housekeeping matters.

| Time | Event |
|---|---|
| 10:50 a.m. | All parties excused for a morning break. |
| 11:15 a.m. | Court back in session outside the presence of the jury.  All parties present.  The court and counsel discussed the length of Dr. Kaufman's testimony and admission of the parties' joint exhibits. |
| 11:16 a.m. | Jury present.  Plaintiff's witness, Dr. Edward Kaufman, sworn and testified on direct. (Examination conducted by Ms. Rifkin.) |
| 11:30 a.m. | Ms. Esquviel given an opportunity to voir dire Dr. Kaufman in light of Ms. Rifkin's request that he be allowed to testify as an expert. |
| 11:35 a.m. | Ms. Rifkin continued her examination of Dr. Kaufman. |
| 11:40 a.m. | The court ruled that Dr. Kaufman would be allowed to testify as an expert and his direct testimony continued. |
| 12:30 p.m. | Jury admonished and excused for an afternoon break. All parties excused for an afternoon break. |
| 12:45 p.m. | Court back in session.  All parties present.  Jury present.  Cross examination of Dr. Kaufman began. |
| 1:30 p.m. | Redirect examination began. (Examination conducted by Ms. Rifkin.) |
| 1:35 p.m. | Witness excused.  The court admonished and excused the jury until 1:30 p.m. on April 19, 2017. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:40 p.m. | All parties excused for evening recess. Jury Trial (Day 3) set for April 19, 2017 at 1:30 p.m. |

**ADMITTED EXHIBITS:**

JX-1, JX-2, JX-3, JX-4, JX-5, JX-6, JX-7, JX-8, JX-9, JX-10

JX-11, JX-12, JX-13, JX-14, JX-15, JX-16, JX-17, JX-18, JX-19

JX-20

**TIME IN COURT:** 4 Hours, 20 Minutes