Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        cmcloon@hadsellstormer.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| Jermaine Padilla,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffrey Beard, et al.,<br><br>    Defendants. | Case No.: 2:14-cv-01118-KJM-CKD<br><br>[Assigned to the Honorable Kimberly J. Mueller–Courtroom 3]<br><br>**ORDER GRANTING REQUEST TO SEAL RECORDS FILED IN SUPPORT OF PLAINTIFF'S APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Complaint Filed:    May 6, 2014<br>Trial Date:    April 17, 2017 |

# **ORDER**

After considering Plaintiff's Request to Seal Documents and Plaintiff's Supplemental Memorandum, any opposing papers, all other matters presented to the court, and good cause having been found, the Court hereby authorizes the following documents to be file under seal:

1) Exhibit 1 to the declaration of Lori Rifkin submitted in Support of Plaintiff's *Ex Parte* Application for Appointment of Guardian Ad Litem; and,

2) Exhibit 2 to the declaration of Lori Rifkin submitted in Support of Plaintiff's *Ex Parte* Application for Appointment of Guardian Ad Litem.

**IT IS SO ORDERED.**

DATED: April 19, 2017.

_____
UNITED STATES DISTRICT JUDGE