| | |
|---|---|
| 1 | Lori Rifkin, Esq. [S.B. # 244081] |
| 2 | HADSELL STORMER & RENICK LLP |
|   | 4300 Horton Street, #15 |
| 3 | Emeryville, CA 94608 |
|   | Telephone: (415) 685-3591 |
| 4 | Facsimile: (626) 577-7079 |
|   | Email: lrifkin@hadsellstormer.com |
| 5 | |
| 6 | Dan Stormer, Esq. [S.B. #101967] |
|   | Caitlan McLoon, Esq. [S.B. #302798] |
| 7 | HADSELL STORMER & RENICK LLP |
|   | 128 N. Fair Oaks Avenue |
| 8 | Pasadena, California 91103 |
|   | Telephone: (626) 585-9600 |
| 9 | Facsimile: (626) 577-7079 |
|   | Emails: dstormer@hadsellstormer.com |
| 10 |          cmcloon@hadsellstormer.com |
| 11 | |
| 12 | Attorneys for Plaintiff |
| 13 | [Additional counsel continued on next page] |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| Jermaine Padilla, | Case No.: 2:14-cv-01118-KJM-CKD |
| Plaintiff, | [Assigned to the Honorable Kimberly J. Mueller – Courtroom 3] |
| v. | |
| Jeffrey Beard, et al., | **JOINT STIPULATION AND REQUEST FOR AN ADDITIONAL 30 DAYS TO FILE MOTION FOR APPROVAL OF SETTLEMENT; ORDER** |
| Defendants. | |
| | Complaint Filed:    May 6, 2014 |
| | Trial Date:         April 17, 2017 |

_____
JOINT STIP & REQUEST FOR ADDITIONAL
30 DAYS TO FILE MTN FOR APPROVAL OF
SETTLEMENT; ORDER

1  [Additional continued from previous page]

2  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
3  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
4  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
5  1300 I Street, Suite 125
   P.O. Box 944255
6  Sacramento, CA 94244-2550
   Telephone: (916) 445-4928
7  Facsimile: (916) 324-5205
   E-mail: Diana.Esquivel@doj.ca.gov

8
   *Attorneys for Defendants Castro, Drew, Gipson,*
9  *Johnson, Robicheaux, Stainer, and Wagner*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIP & REQUEST FOR ADDITIONAL
30 DAYS TO FILE MTN FOR APPROVAL OF
SETTLEMENT; ORDER

Plaintiff JERMAINE PADILLA and Defendants JENNA CASTRO, MARK DREW, CONNIE GIPSON, SABRINA JOHNSON, MICHAEL ROBICHEAUX, MICHAEL STAINER, and ERNEST WAGNER, (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel of record, and subject to the approval of the court, hereby stipulate as follows:

Whereas, the Parties reached a settlement agreement on April 25, 2017, and agreed to provide the Court with the written settlement agreement and motion for approval within 60 days;

Whereas, Plaintiff's counsel, Plaintiff's Guardian ad Litem, and Plaintiff have been diligently working towards setting up a structure for the distribution settlement funds that protects Plaintiff's interests but have not yet resolved all necessary details;

Whereas the structure for distribution of such funds must be included in the final terms of the settlement agreement for review and approval by the Court;

The Parties have jointly stipulated to request an additional 30 days to submit the motion for approval of settlement agreement and settlement agreement to the Court.

Based on the foregoing, the parties respectfully request that the Court approve this stipulated request.

**IT IS SO STIPULATED.**

Dated: July 6, 2017

Respectfully Submitted,
HADSELL STORMER & RENICK LLP

By:  /s/ - Lori Rifkin
    Dan Stormer
    Lori Rifkin
    Caitlan McLoon
    Attorneys for Plaintiff

Dated: July 6, 2017

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

By:  /s/ - Diana Esquivel
    DIANA ESQUIVEL
    Deputy Attorney General
    Attorneys for Defendants

JOINT STIP & REQUEST FOR ADDITIONAL 30 DAYS TO FILE MTN FOR APPROVAL OF SETTLEMENT; ORDER

-1-

**ORDER**

The Court, having considered the parties' above stipulation and good cause appearing, the Joint Stipulated Request for an Additional 30 Days to File Motion for Approval of Settlement is GRANTED. The Motion for Approval of Settlement shall be filed no later than July 25, 2017.

**IT IS SO ORDERED.**

DATED: July 17, 2017.

_____
UNITED STATES DISTRICT JUDGE