XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7320
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Castro, Drew, Gipson, Johnson, Robicheaux, Stainer, and Wagner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JERMAINE PADILLA,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY BEARD, et al.,**<br><br>Defendants. | No. 2:14-cv-1118 KJM-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

    Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jermaine Padilla, by and through his court-appointed guardian ad litem Cynthia Gonzalez, and Defendants Castro, Drew, Gipson, Johnson, Robicheaux, Stainer, and Wagner stipulate to the voluntary dismissal of this action with prejudice.

    Each party is to bear its own costs, attorney's fees, and expenses.

/ / /

/ / /

/ / /

1

The parties also stipulate that the Court will retain jurisdiction over this matter for the purpose of enforcing the settlement, and as necessary to establish and supervise the Special Needs Trust until jurisdiction for the Trust is transferred.

IT IS SO STIPULATED.

Dated: December 18, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: December 18, 2017

HADSELL STORMER & RENICK LLP

*/s/ Lori Rifkin* (as authorized 12/18/17)

DAN STORMER
LORI RIFKIN
CAITLAN MCLOON
*Attorneys for Plaintiff*

SA2014313303
32822441.doc

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 20, 2017.

_____
UNITED STATES DISTRICT JUDGE