Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
Caitlan McLoon, Esq. [S.B. #302798]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         cmcloon@hadsellstormer.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| Jermaine Padilla,<br><br>        Plaintiff,<br><br>v.<br><br>Jeffrey Beard, et al.,<br><br>        Defendants. | Case No.: 2:14-cv-01118-KJM-CKD<br><br>[Assigned to the Honorable Kimberly J. Mueller – Courtroom 3]<br><br>**ORDER RE: PLAINTIFF JERMAINE PADILLA SPECIAL NEEDS TRUST**<br><br>Complaint Filed:    May 6, 2014<br>Trial Date:             April 17, 2017 |

---

ORDER RE: PLAINTIFF JERMAINE
PADILLA'S SPECIAL NEEDS TRUST

# ORDER

Following this Court's Order on December 6, 2017, approving the settlement in this case including the establishment of a special needs trust, and having received and reviewed the requested notice of identity of Trustee and the executed Trust documents, IT IS HEREBY ORDERED:

1. The United States District Court, Eastern District of California establishes the Jermaine Padilla Special Needs Trust, having previously found that Mr. Padilla has a disability that substantially impairs his ability to provide for his own care or custody, that he is likely to have special needs that will not be met without the Trust, and that the money to be paid to the Trust does not exceed the amount that appears reasonably necessary to meet his special needs;

2. The Trustee, Mark Watson, shall petition the Santa Barbara County Probate Court to bring the Jermaine Padilla Special Needs Trust under ongoing court jurisdiction and to comply with the bond and ongoing court account requirements;

3. The payment of all monies due plaintiff in the settlement shall be paid directly to the Trustee of the Jermaine Padilla Special Needs Trust;

4. Bond will be filed in the amount required by California Rules of Court 7.207 by the County Probate Court overseeing the Trust;

5. The Trustee of the Jermaine Padilla Special Needs Trust is authorized to invest in mutual funds and bonds with maturity dates greater than five years; and

6. The Trust is directed to make payment $4,003.50 to The Urbatsch Law Firm, P.C., for the legal services rendered to Petitioner.

**IT IS SO ORDERED.**

DATED: April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

PADILLA SPECIAL NEED TRUST        -1-